# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT Greenville

Johanna Maynard )
_____ )
_____ )
_____ )
Name of plaintiff (s) )
)
v. )
)
Tina Simerly )
Alexander McDougall )
Smoky Mountain Hemp Cafe )
DBA Predator Hunter Nation )
Name of defendant (s) )

Case No. _____
(to be assigned by Clerk)

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

28 USC 4101

2. Plaintiff, Johanna Maynard resides at

13 Jersey Street , Laguna
street address                                city

Valencia , NM , 87026 , (505) 589-6900 .
county          state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

Case 2:23-cv-00048-DCLC-CRW   Document 2   Filed 05/11/23   Page 1 of 3   PageID #: 28

3. Defendant, Tina Simerly lives at, or its business is located at

2591 Cosby Hwy., A , Newport ,
street address                                          city

Cocke , TN , 37821 .
county                                state          zip code

(if more than one defendant, provide the same information for each defendant below)

Alexander McDouall

Smoky Mountain Hemp Cafe

Predator Hunter Nation (PHN)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and
how each defendant is involved. You may use additional paper if necessary):

Defendants have made melicious attacks on my ethnicity, tribal affiliations, and federally recognized tribal status.

Defendants claim to have reported me to several FBI Agencies claiming I was stalking and a threat to National Security.

Defendants have publically stated I have been removed from federal lands on Indian Reservations due to child sex abuse.

Defendants have publically suggested I am a suspect in the dissapearance of Summer Moon Utah Wells.

Defendant Tina Simerly has publically stated she would kill for her friend. She publically posted on hosting a fundraiser to travel out of state and inflict bodily harm.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. To request the court to have the social media of the defendants removed by court order per YouTube guidelines.

b. To further request the removal of derogatory material on ALL social media platforms.

c. To request compensation from defendants for defamation and libel on social media per view court.

d. To request compensation for stress due to threats of harm, phone harassment, public humility, racial slurs and comments insinuating that I am a convicted sexual predator.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____05_____ day of ____May____, 20 23 .

_____Johanna Maynard_____

_____

_____

Signature of plaintiff (s)

3