UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| JOHANNA MAYNAND, | ) | |
| | ) | |
| Plaintiff, | ) | 2:23-CV-00048-DCLC-CRW |
| | ) | |
| v. | ) | |
| | ) | |
| TINA SIMERLY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 5]. In the R&R, the magistrate judge recommends that Plaintiff's Complaint [Doc. 2] be dismissed without prejudice. The parties did not file objections to the R&R.[1] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 5] is **ADOPTED**, and Plaintiff's Complaint [Doc. 2] is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).